IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:10-cv-00657-WTH-DAB

DUSTIN and TINA HALL,

    Plaintiffs,

v.

CRESTWOOD MANAGEMENT, LLC,
a corporation, and JASON RAYFORD,
an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Middle District of Florida, Plaintiffs' Notice of Settlement. Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **DUSTIN and TINA HALL**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I HEREBY CERTIFY THAT this Notice was filed on this 22nd day of April, 2011, by means of the CM/ECF system.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served upon Mr. Robert P. Crane, Director of Legal Services, 23550 Commerce Park, Suite 5000, Beachwood, OH 44122, by depositing the same on April 22, 2011, in the U.S. Mail Chute located at 5722 S. Flamingo Road, Cooper City, Florida, 33330, enclosed in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com